UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS DE MARCH BOSCH, Individually and On Behalf of All Others Similarly Situated, <br><br>　　　　　　　　　Plaintiff, <br><br>　　　　　v. <br><br> CREDIT SUISSE GROUP AG, THOMAS P. GOTTSTEIN, and DAVID R. MATHERS, <br><br>　　　　　　　　　Defendants. | Case No.  1:22-cv-02477-ENV-RLM |

DECLARATION OF J. ALEXANDER HOOD II
IN RESPONSE TO COURT ORDER (DKT. NO. 13)

I, J. Alexander Hood II, hereby declare as follows:

1.	I am a Partner of Pomerantz LLP, counsel on behalf of Plaintiff Carlos de March Bosch, and have personal knowledge of the facts set forth herein.

2.	I make this Declaration in response to this Court's Order, dated July 27, 2022, which, *inter alia*, directed Plaintiff to provide "a written statement" addressing his reasons for declining to seek appointment as Lead Plaintiff in the above-referenced action (Dkt. No. 13).

3.	Attached hereto as Exhibit A is a true and correct copy of a Declaration submitted by Mr. de March Bosch in response to the Court's Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 3, 2022, at New York, New York.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1