# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CARLOS DE MARCH BOSCH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, THOMAS P. GOTTSTEIN, and DAVID R. MATHERS,<br><br>Defendants. | Case No.  1:22-cv-02477-ENV-RLM |

DECLARATION OF CARLOS DE MARCH BOSCH

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Carlos de March Bosch, respectfully submit this Declaration in response to the Order entered on July 27, 2022 (Dkt. No. 13) in the above-captioned action (the "Action").  I have  personal knowledge about the information in this Declaration.

2.      I filed the initial Complaint in this Action.  After considering my various professional obligations, which include frequent travel, I decided not to seek to serve as Lead Plaintiff in this Action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on this  2nd  day of  August                 , 2022.

DocuSigned by:

*Carlos de March*

0F720D6660814AA...

Carlos de March Bosch

1