UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS DE MARCH BOSCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, THOMAS P. GOTTSTEIN, and DAVID R. MATHERS,<br><br>Defendants. | Case No. 1:22-cv-02477-ENV-RLM |

NOTICE OF VOLUNTARY DISMISSAL

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *March Bosch v. Credit Suisse Group AG et al.*, 1:22-cv-02477-ENV-RLM, brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Carlos de March Bosch hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: September 28, 2022

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Plaintiff Carlos de March Bosch*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 9/29/2022

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*

1